# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT MCKENNEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SHERIFF KEVIN JOYCE, et al., )<br>)<br>Defendants ) | No. 2:19-cv-00118-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 10) filed July 8, 2019, the Recommended Decision is **AFFIRMED**.

After review in accordance with 28 U.S.C. §§1915 and 1915A, it is **ORDERED** that Plaintiff's disability discrimination claim is permitted to proceed, but all other claims asserted by Plaintiff are hereby **DISMISSED**.

                                                    /s/ George Z. Singal
                                                    United States District Judge

Dated this 31st day of July, 2019.