UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ROBERT W. MCKENNEY,<br>            Plaintiff<br><br>v.<br><br>KEVIN JOYCE, NALDO GAGNON, and<br>WILLIAM BRADY,<br>            Defendants | )<br>)  Docket No. 2:19-cv-00118-GZS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS**

NOW COME Defendants, Kevin Joyce, Naldo Gagnon, and William Brady, by and through undersigned counsel, and hereby respond to the allegations contained in Plaintiff's Complaint as follows:

AFFIRMATIVE DEFENSES

A. Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

B. Plaintiff has not suffered any compensable damages resulting from the claims alleged in Plaintiff's Complaint.

C. Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

D. Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

E. Plaintiff has failed to mitigate his damages as required by law.

F. The Defendants are entitled to immunity, including all immunities available under the

1

Maine Tort Claims Act and qualified immunity.

     G.    Plaintiff's claims are barred by provisions of the Prison Litigation Reform Act, including but not limited to 42 U.S.C. § 1997e(a) and/or 42 U.S.C. § 1997e(e).

<u>ANSWER</u>

     1.  The Defendants deny each and every averment set forth in Plaintiff's Complaint.[1]

     WHEREFORE, Defendants pray for judgment in their favor against Plaintiff plus costs, interest, and attorneys fees.

Dated:   December 23, 2019          /s/   Peter T. Marchesi
                                          Peter T. Marchesi, Esq.

                                          /s/   Cassandra S. Shaffer
                                          Cassandra S. Shaffer, Esq.

                                          Wheeler & Arey, P.A.
                                          Attorneys for Defendants
                                          27 Temple Street
                                          Waterville, ME  04901

---

[1] In that Plaintiff's Complaint does not contain numbered paragraphs, Defendants can only provide a general denial.

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ROBERT W. MCKENNEY,<br>Plaintiff<br><br>v.<br><br>KEVIN JOYCE, NALDO GAGNON, and WILLIAM BRADY,<br>Defendants | Docket No. 2:19-cv-00118-GZS |

I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

- Answer and Affirmative Defenses of Defendants

has/have been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

    Robert McKenney
    17 Shin Pond Road
    Patten, ME  04765

Dated:  December 23, 2019

/s/  Peter T. Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendants
27 Temple Street
Waterville, ME  04901

3