**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **ROBERT W. MCKENNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | )   No.  **2:19-cv-118-GZS** |
| | ) |
| **SHERIFF KEVIN JOYCE, et als.,** | ) |
| | ) |
| **Defendants** | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision
(ECF No. 38) filed December 10, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment
(ECF No. 35) is hereby **GRANTED**.

 _/s/ George Z. Singal_____ __
United States District Judge

Dated this 5th day of January, 2021.